THE PEOPLE ex rel. EDISON ELECTRIC LIGHT COMPANY, Appellant, *v.* FRANK CAMPBELL, Comptroller of the State of New York, Respondent.

*People ex rel. E. El. L. Co.* v. *Campbell* (88 Hun, 530), reversed.
(Argued March 2, 1896; decided March 10, 1896.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made on the first Tuesday of May, 1895, which affirmed on certiorari a determination of the state comptroller imposing certain taxes upon the relator for the years 1886, 1887 and 1888.

The following is the memorandum in full:

" The findings of the comptroller against the relator, with respect to the claim that, during the years for which the tax in question was imposed, the relator was engaged in manufacturing, and was a manufacturing corporation within the meaning of the statute then in force, is conclusive.

" The remaining question relates to the manner of computing the tax upon capital employed in this state. That question has been disposed of upon another appeal by the same relator involving the same point (*ante*, p. 690) upon views which require a re-adjustment of the tax, and the order should, therefore, be reversed and the proceedings remitted to the Supreme Court for further action, without costs to either party."

*Eugene H. Lewis* for appellant.

*T. E. Hancock, Attorney-General*, for respondent.

O'BRIEN, J., reads for reversal.

All concur.

Order reversed, and relator's account remitted to the Supreme Court for purposes stated in memorandum, without costs to either party.